IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| RehabCare Group East, Inc., <br> d/b/a/ RehabCare Group Therapy <br> Services, Inc. <br>     Plaintiff, <br><br> vs. <br><br> Cedars Medical Group, Inc., d/b/a <br> Lakeridge Villa Healthcare, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 1:14-CV-915 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## O R D E R

This action having been commenced on November 26, 2014, and a copy of the Summons and Complaint served on Defendant, Cedars Medical Group, Inc. d/b/a Lakeridge Villa Healthcare ("Lakeridge"), on December 17, 2014, and Lakeridge not having answered or otherwise appeared within the time for responding to the Complaint:

It is **ORDERED, ADJUDGED, and DECREED** that Plaintiff, RehabCare Group East, Inc. d/b/a RehabCare Group Therapy Services, Inc.'s ("RehabCare"), motion for default judgment (Doc. No. 8) is well-taken and is **GRANTED**. Plaintiff shall have judgment against Lakeridge for the following:

1. Damages in the principal amount of $139,339.15;

2. Pre-judgment interest through March 7, 2015 in the amount of $17,648.69, with *per diem* interest in the amount of $53.50 for each day thereafter until entry of judgment;

3. Post-judgment interest from the date of judgment accruing at the applicable rate;

4. Attorneys' fees in the amount of $4,575.00; and

1

5. Costs of this action in the amount of $733.50.

**THIS IS A FINAL AND APPEALABLE JUDGMENT, THERE BEING NO JUST CAUSE FOR DELAY IN ITS ENTRY.**

    **IT IS SO ORDERED**

Date April 13, 2015

                                                              s/Sandra S. Beckwith
                                                                 Sandra S. Beckwith
                                              Senior United States District Judge